HICKMAN, Respondent, v. NASSAU ELECTRIC R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 23, 1900.) Action by Johanna Hickman against the Nassau Electric Railroad Company.

PER CURIAM. Judgment (56 N. Y. Supp. 751) and order reversed, and new trial granted, costs to abide the event, unless within 20 days plaintiff stipulate to reduce recovery of damages to the sum of $12,000, and extra allowance proportionately, in which case the judgment, as modified, is unanimously affirmed, without costs of this appeal to either party.